CENTRAL DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| VERO FINANCE TECHNOLOGIES, INC. d/b/a LEVER AUTO,<br><br>      Plaintiff,<br><br>    v.<br><br>LJT HOLDINGS II LLC d/b/a OC AUTO SOURCE, and JOHN ANTHONY THOMPSON,<br><br>      Defendants. | Case No. 8:25-cv-01632−DOC−ADS<br><br>**JUDGMENT** |

The Court, having reviewed the Parties' Stipulation for Entry of Judgment, and good cause appearing therefore, enters judgment as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Plaintiff shall have judgment jointly and severally against Defendants in the amount of $1,411,379.10 on all claims, less any payments already made as set forth in the concurrently-filed affidavit;

2. Plaintiff is determined to be the prevailing party in whose favor judgment is entered, pursuant to Local Rule 54-1;

3. Plaintiff shall be entitled to recover its costs and attorneys' fees in connection with obtaining this judgment, in an amount to be proven in a subsequent motion to be filed within fourteen (14) days;

4. The Court shall retain jurisdiction for THREE (3) months over the matter to enforce the Parties' agreements related to the Stipulated Judgment.

Dated: April 10, 2026

_David O. Carter_

Hon. David O. Carter
U.S. District Court Judge

2
JUDGMENT