CENTRAL DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| VERO FINANCE TECHNOLOGIES, INC. d/b/a LEVER AUTO, | Case No. 8:25-cv-01632−DOC−ADS |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION AWARDING PLAINTIFF'S ATTORNEY'S FEES  [34]** |
| v. | |
| LJT HOLDINGS II LLC d/b/a OC AUTO SOURCE, and JOHN ANTHONY THOMPSON, | |
| Defendants. | |

The Court, having reviewed the Parties' Joint Stipulation Awarding Plaintiff Lever Attorney's Fees and Costs Incurred in Obtaining the Judgment and good cause appearing therefore, hereby Orders:

1.      Pursuant to Cal. Civil Code § 1717, Plaintiff is awarded $12,000 in attorneys' fees incurred in this action, to be paid jointly and severally to Plaintiff by Defendants; and

2.      This amount is in addition to the attorney's fees and costs already included in the Judgment, which were also awarded pursuant to Cal. Civil Code

§ 1717, and those which the parties anticipate will be covered by applying Defendants' $200,000 reserve to the outstanding balance due and owing.

**SO ORDERED:**

Dated: May 8, 2026

Hon. David O. Carter
U.S. District Court Judge

2